affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

Lydia Cramer, as Executrix, etc., of William H. Cramer, Deceased, Appellant, v. John J. Kett, Respondent.— Orders unanimously affirmed, with ten dollars costs and disbursements as to one order. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

Harriet E. Sleicher, Respondent, v. Charles A. Sleicher, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.  [137 Misc. 642.]

## Fourth Department, September, 1930.

In the Matter of the Application of Curtis N. Andrews, as Executor, etc., of William D. Andrews, Deceased, to Fix the Compensation of Lewis Howlett, for the Legal Services Rendered as Attorney for Said Executor.— Motion granted to amend order entered July 1, 1930, *nunc pro tunc*, so as to state that the modification was on the facts, and new finding made. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Petition of the Town Board of Tonawanda, under Sections 90 and 210 of the Railroad Law, for an Order Determining How a New Highway Known as Sheridan Drive Shall Cross the Railroad and Right of Way of the Erie Railroad Company, Also Operated by the International Railway Company, etc.  (Case No. 3325.) — Appeal dismissed, without costs, upon stipulation filed.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company and Central Square-Union Square, Part 2, State Highway No. 5415, Known as Colosse Crossing, etc., in Oswego County.  (Case No. 4747.) — Appeal dismissed, without costs, upon stipulation filed.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by Buffalo, Rochester and Pittsburgh Railway Company and Stafford-LeRoy State Highway No. 5136 (West Main Street) in the Village of LeRoy, Genesee County.  (Case No. 4663.) — Appeal dismissed, without costs, upon stipulation filed.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Elimination under Chapter 233, Laws of 1926, of the Elmwood Avenue Grade Crossing of the Erie Railroad and Lehigh Valley Railway in the City of Rochester, Monroe County, New York.  (Case No. 3149.) — Appeal dismissed, without costs, upon stipulation filed.  Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Petition of the State Department of Public Works,